P. H. PETRY CO. *v.* UNITED STATES

**No. 5600.**—Invoices dated Radomsko, Poland, May 28, 1937, etc.
Certified June 11, 1937, etc.
Entered at New York, N. Y., June 26, 1937, etc.
Entry No. 79554, etc.

Second Division, Appellate Term

(Order dated March 17, 1942)

*Puckhafer, Rode and Rode* (*John D. Rode* of counsel) for the appellant.
*Paul P. Rao,* Assistant Attorney General (*Daniel I. Auster,* special attorney), for the appellee.

Before TILSON, KINCHELOE, and DALLINGER, Judges

ORDER

Upon reading and filing the motion of Paul P. Rao, Assistant Attorney General in Charge of Customs, for an order dismissing the application for review herein filed with the collector of customs on February 6, 1942, and the memorandum in support thereof, and the memorandum of the appellant stating that there is no objection to the dismissal of the application, it is hereby

ORDERED that the said motion be and the same hereby is granted and the application for review filed herein with the collector of customs at New York on February 6, 1942, be and the same is hereby dismissed.